UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLAKE HUNT,

Plaintiff,

v.

WA JEAL CHILI HOUSE, *and* SECOND 7 E. 82 REALTY LLC,

Defendants.

**ORDER**

24-cv-05312 (ER)

RAMOS, D.J.

On July 16, 2024, Blake Hunt filed a complaint against Wa Jeal Chili House and Second 7 E. 82 Realty LLC. Doc. 1. Requests for issuances of summonses were filed on July 17, July 22, and September 16, 2024, but they were deficient. Docs. 2, 4, 8. On August 31, 2024, Wa Jeal filed a waiver of service. Doc. 6. On October 25, 2024, Hunt and Wa Jeal filed a letter stating that they had settled. Doc. 9. Accordingly, on October 28, 2024, the Court discontinued the action as to Wa Jeal. Doc. 10. However, no summons was issued and no affidavit of service was filed as to Second 7 E. 82 Realty LLC, and Second 7 E. 82 Realty LLC has not appeared.

Accordingly, Hunt is directed to submit a status report by **October 27, 2026**. Failure to comply will result in the Court dismissing the case pursuant to Federal Rule of Civil Procedure 4(m).

It is SO ORDERED.

Dated: October 20, 2026
New York, New York

Edgardo Ramos, U.S.D.J.