UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLAKE HUNT,

Plaintiff,

v.

WA JEAL CHILI HOUSE, *and* SECOND 7 E. 82 REALTY LLC,

Defendants.

**ORDER**

24-cv-05312 (ER)

RAMOS, D.J.

On July 16, 2024, Blake Hunt filed a complaint against Wa Jeal Chili House and Second 7 E. 82 Realty LLC. Doc. 1. On August 31, 2024, Wa Jeal filed a waiver of service. Doc. 6. On October 25, 2024, Hunt and Wa Jeal filed a letter stating that they had settled. Doc. 9. Accordingly, on October 28, 2024, the Court discontinued the action as to Wa Jeal. Doc. 10. However, no summons was issued and no affidavit of service was filed as to Second 7 E. 82 Realty LLC, and Second 7 E. 82 Realty LLC has not appeared.

On October 20, 2026, the Court directed Hunt to file a status report by October 27, 2026 and warned that "[f]ailure to comply will result in the Court dismissing the case pursuant to Federal Rule of Civil Procedure 4(m)." Doc. 11. October 27, 2026 has now passed without Hunt's response. For the reasons set forth below, the Court dismisses Second 7 E. 82 Realty LLC for failure to execute service under Federal Rule of Civil Procedure 4(m).

Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action

without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

Over two years have passed since Hunt filed the complaint. Hunt has also failed to provide the Court with a status report as to Second 7 E. 82 Realty LLC, even when warned that failure to respond could result in dismissal under Rule 4(m). Doc. 11. Accordingly, the Court dismisses the action against Second 7 E. 82 Realty LLC without prejudice. The Clerk of Court is respectfully directed to terminate any pending motions and to close the case.

It is SO ORDERED.

Dated: November 11, 2026
New York, New York

Edgardo Ramos, U.S.D.J.